AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Keenan, Barbara M. | U.S. Court of Appeals, 4th Circuit | 5/1/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge-Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

200 South Washington Street
Suite 305
Alexandria, VA 22314

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 - See Sec. VII, p. 14, Line 182 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keenan, Barbara M. | 5/1/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2014 | Retirement Income - Commonwealth of Virginia | $147,626.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Virginia Retirement System-Monthly Payment |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Symposium | November 6-7, 2014 | Washington, DC | Symposium for Court of Appeals Judges | Parking, Mileage - $58.20 |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keenan, Barbara M. | 5/1/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keenan, Barbara M. | 5/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America-Bank Accounts | E | Interest | N | T | | | | | |
| 2. BB&T -Bank Accounts | A | Interest | J | T | | | | | |
| 3. Jefferson County, WV-▓▓ farmland, 25% interest | A | Rent | M | Q | | | | | |
| 4. Jefferson County, WV-▓▓ farm + structures-25% int | B | Rent | O | Q | | | | | |
| 5. MERRILL LYNCH BROKERAGE ACCT #1: | | | | | | | | | |
| 6. BB&T Bank Corp. common stock | E | Dividend | N | T | | | | | |
| 7. Cisco Systems-common stock | B | Dividend | L | T | | | | | |
| 8. Coca Cola Corp.-common stock | A | Dividend | K | T | | | | | |
| 9. Freeport McMoran-common stock | B | Dividend | K | T | | | | | |
| 10. Glaxo SmithKline-common stock | A | Dividend | J | T | | | | | |
| 11. Merk & Co.-common stock | B | Dividend | K | T | | | | | |
| 12. Pfizer Inc.-common stock | C | Dividend | M | T | | | | | |
| 13. Time Warner Cable-common stock | A | Dividend | K | T | | | | | |
| 14. Time Warner Inc.-common stock | B | Dividend | L | T | | | | | |
| 15. Wells Fargo & Co.-common stock | A | Dividend | J | T | | | | | |
| 16. Express Scripts Hldg. Co. | | None | J | T | | | | | |
| 17. Dominion Resources - common stock | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 08/06/14 | L | | |
| 19. AOL - common stock | A | Dividend | J | T | | | | | |
| 20. Bank of America Tax-Exempt Reserves CL | A | Interest | L | T | | | | | |
| 21. Time Inc. | A | Dividend | J | T | Spinoff (from line 14) | 06/19/14 | J | | |
| 22. MERRILL LYNCH BROKERAGE ACCT #2 (IRA) | | | | | | | | | |
| 23. MainStay Marketfield Fund | | None | J | T | | | | | |
| 24. Ivy Asset Strategy Fund | | None | | | Sold | 6/25/14 | J | A | |
| 25. Dreyfus International Bond Fund | A | Dividend | | | Sold | 06/25/14 | J | A | |
| 26. Oppenheimer Senior Floating Rate Fund | A | Dividend | | | Sold | 6/25/14 | J | A | |
| 27. Oppenheimer International Growth Fund | | None | | | Sold | 6/25/14 | J | A | |
| 28. Oppenheimer Developing Markets Fund | | None | | | Sold | 6/25/14 | J | A | |
| 29. JP Morgan Large Cap Growth Fund | | None | | | Sold | 1/6/14 | J | A | |
| 30. MFS New Discovery Fund | | None | | | Sold | 06/25/14 | J | A | |
| 31. MFS Value Fund | A | Dividend | | | Sold | 06/25/14 | J | A | |
| 32. MFS Equity Opportunities FD | | None | | | Buy | 01/06/14 | J | | |
| 33. | | | | | Sold | 06/25/14 | J | A | |
| 34. JP Morgan Equity Income Fund | A | Dividend | | | Sold | 06/23/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keenan, Barbara M. | 5/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. TCW Select Equities | A | Dividend | | | Sold | 06/23/14 | J | A | |
| 36. The Oakmark International Fund | | None | | | Sold | 06/23/14 | J | A | |
| 37. SPDR Gold Trust | | None | | | Sold | 06/25/14 | J | A | |
| 38. SPDR S&P 500 ETF Trust | A | Dividend | L | T | Buy | 06/25/14 | L | | |
| 39. SSGA Active Multi Asset Fund | A | Dividend | | | Sold | 03/03/14 | J | A | |
| 40. | | | J | T | Buy | 06/25/14 | J | | |
| 41. ALPS/Red Rock Listed Private Equity | A | Dividend | J | T | Buy | 02/27/14 | J | | |
| 42. Goldman Sachs Strategic Income FD | A | Dividend | | | Buy | 02/27/14 | J | | |
| 43. | | | | | Sold | 06/25/14 | J | A | |
| 44. Vanguard Mega Cap 300 | A | Dividend | | | Sold (part) | 06/25/14 | J | A | |
| 45. | | | | | Sold | 07/21/14 | J | A | |
| 46. Vanguard Mega Cap Growth Fund | A | Dividend | | | Sold (part) | 06/25/14 | J | A | |
| 47. | | | | | Sold | 07/21/14 | J | A | |
| 48. Vanguard FTSE ALL WORLD | A | Dividend | K | T | Buy | 06/25/14 | K | | |
| 49. JP Morgan Strategic Income Opp Fund | A | Dividend | | | Sold | 06/23/14 | J | A | |
| 50. Mainstay Unconstrained Bond Fund | A | Dividend | | | Sold | 06/23/14 | J | A | |
| 51. Aberdeen Global High Income Fund | A | Dividend | | | Sold | 06/23/14 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keenan, Barbara M. | 5/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Blackrock Strategic Income Opportunities | A | Dividend | | | Sold | 02/27/14 | J | A | |
| 53. Pioneer Multi Asset Real Return Fund | A | Dividend | | | Sold | 06/25/14 | J | A | |
| 54. JP Morgan Undiscovered Mrgrs Behavioral Value Fund; Select | | None | | | Sold | 06/20/14 | J | A | |
| 55. Lord Abbett Short Duration Income Fund | A | Dividend | | | Sold | 06/25/14 | J | A | |
| 56. Vanguard Total Bond Market Per Advisor | A | Dividend | J | T | | | | | |
| 57. FIA Card SVS NA Rasp MM Fund (X) | A | Interest | J | T | | | | | |
| 58. MERRILL LYNCH BROKERAGE ACCT #3 | | | | | | | | | |
| 59. Coca Cola Co.-common stock | A | Dividend | K | T | | | | | |
| 60. General Electric-common stock | B | Dividend | M | T | | | | | |
| 61. Intel Corp.-common stock | B | Dividend | K | T | | | | | |
| 62. IBM-common stock | B | Dividend | L | T | | | | | |
| 63. Pfizer Inc.-common stock | C | Dividend | L | T | | | | | |
| 64. Bank of America Muni Reserves Money Market | B | Interest | L | T | | | | | |
| 65. Dominion Resources - common stock | B | Dividend | L | T | | | | | |
| 66. | | | | | Buy (add'l) | 08/06/14 | L | | |
| 67. MERRILL LYNCH BROKERAGE ACCT #4 | | | | | | | | | |
| 68. Thornburg Intermediate Muni Fund | A | Dividend | | | Sold | 06/19/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keenan, Barbara M. | 5/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Lord Abbett Intermediate Tax Free Fund | A | Dividend | | | Sold | 06/19/14 | J | A | |
| 70. MainStay Market Field Fund | | None | J | T | | | | | |
| 71. Ivy Asset Strategy Fund | | None | | | Sold | 06/19/14 | J | A | |
| 72. Dreyfus International Bond Fund | A | Dividend | | | Sold | 06/19/14 | J | A | |
| 73. Oppenheimer Senior Floating Rate Fund | A | Dividend | | | Sold | 06/19/14 | J | A | |
| 74. Oppenheimer International Growth Fund | | None | | | Sold | 06/19/14 | J | A | |
| 75. Oppenheimer Developing Markets Fund | | None | | | Sold | 06/19/14 | J | A | |
| 76. JP Morgan Large Cap Growth Fund | A | Dividend | | | Sold | 01/03/14 | J | A | |
| 77. MFS New Discovery Fund | | None | | | Sold | 06/19/14 | J | A | |
| 78. MFS Value Fund | A | Dividend | | | Sold | 06/19/14 | J | A | |
| 79. MFS Equity Opportunities FD | | None | | | Buy | 01/03/14 | J | | |
| 80. | | | | | Sold | 06/19/14 | J | A | |
| 81. JP Morgan Equity Income Fund | A | Dividend | | | Sold | 06/19/14 | J | A | |
| 82. TCW Select Equities | | None | | | Sold | 06/19/14 | J | A | |
| 83. OakMark International Fund | | None | | | Sold | 06/19/14 | J | A | |
| 84. SPDR Gold Trust | | None | | | Sold | 06/19/14 | J | A | |
| 85. SPDR S&P ETF Trust | | None | K | T | Buy | 06/19/14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keenan, Barbara M. | 5/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 06/30/14 | J | A | |
| 87. SSGA Active Multi Asset | A | Dividend | | | Sold | 02/26/14 | J | A | |
| 88. | | | J | T | Buy | 06/19/14 | J | | |
| 89. Vanguard Mega Cap 300 | A | Dividend | | | Sold | 06/19/14 | J | A | |
| 90. | | | | | Sold | 07/21/14 | J | A | |
| 91. Vanguard Mega Cap Growth | A | Dividend | | | Sold (part) | 06/19/14 | J | | |
| 92. | | | | | Sold | 07/21/14 | J | A | |
| 93. Vanguard Total Bond Market | A | Dividend | K | T | Buy | 06/19/14 | K | | |
| 94. Vanguard FTSE ALL WORLD | A | Dividend | J | T | Buy | 06/19/14 | J | | |
| 95. JP Morgan Strategic Income Opp Fund | A | Dividend | | | Sold | 06/19/14 | J | A | |
| 96. MainStay Unconstrained Bond Fund | A | Dividend | | | Sold | 06/19/14 | J | A | |
| 97. Aberdeen Global High Income Fund | A | Dividend | | | Sold | 06/19/14 | J | A | |
| 98. Blackrock Strategic Income Opprtnts Fund | A | Dividend | | | Sold | 02/26/14 | J | A | |
| 99. Pioneer Multi Asset Return Fund | A | Dividend | | | Sold | 06/19/14 | J | A | |
| 100. JP Morgan Undiscovered Mgrs Behavioral Value Fund; select | | None | | | Sold | 06/19/14 | J | A | |
| 101. Goldman Sachs Strategic Income FD | A | Dividend | | | Buy | 02/26/14 | J | | |
| 102. | | | | | Sold | 06/19/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keenan, Barbara M. | 5/1/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. ALPS/REd Rocks, Listed Private Equity ED | A | Dividend | J | T | Buy | 02/26/14 | J | | |
| 104. Merrill Lynch Bank Deposit Program | A | Interest | M | T | | | | | |
| 105. WELLS FARGO BROKERAGE ACCT | | | | | | | | | |
| 106. Altria Group - common stock | A | Dividend | K | T | | | | | |
| 107. AOL, Inc. - common stock | | None | J | T | | | | | |
| 108. Boeing Co. - common stock | A | Dividend | K | T | | | | | |
| 109. Cisco Systems Inc. - common stock | A | Dividend | J | T | | | | | |
| 110. Express Scripts Holding Co. - common stock | | None | J | T | | | | | |
| 111. Freeport - McMoran Copper and Gold inc. - common stock | B | Dividend | K | T | | | | | |
| 112. General Electric Co. - common stock | A | Dividend | K | T | | | | | |
| 113. Hewlett-Packard Co. - common stock | A | Dividend | J | T | | | | | |
| 114. IBM - common stock | A | Dividend | J | T | | | | | |
| 115. Kraft Food Group - common stock | A | Dividend | J | T | | | | | |
| 116. Marriott Int'l - common stock | A | Dividend | K | T | | | | | |
| 117. Marriott Vacations Worldwide Corp. - common stock | A | Dividend | J | T | | | | | |
| 118. Merck & Co. - common stock | A | Dividend | J | T | | | | | |
| 119. Mondelez Int'l Inc. - common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keenan, Barbara M. | 5/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Mylan Inc. - common stock | | None | J | T | | | | | |
| 121. Pfizer - common stock | D | Dividend | O | T | | | | | |
| 122. Philip Morris International - common stock | A | Dividend | K | T | | | | | |
| 123. Reynolds American Inc. - common stock | A | Dividend | J | T | | | | | |
| 124. Time Warner Cable - common stock | A | Dividend | J | T | | | | | |
| 125. Time Warner Inc. - common stock | A | Dividend | J | T | | | | | |
| 126. 3 M Co. - common stock | A | Dividend | K | T | | | | | |
| 127. MFS Municipal - Open End Mutual Fund | C | Interest | L | T | | | | | |
| 128. Sentinel Short Maturity Govt Fund - Open End Mutual Fund | A | Interest | K | T | | | | | |
| 129. Eaton Vance Senior -Floating Rate Fund - Closed End Mut. | A | Dividend | J | T | | | | | |
| 130. Federal Premier Municipal Income Fund | A | Dividend | J | T | | | | | |
| 131. Time Inc. | A | Dividend | J | T | Spinoff (from line 125) | 06/09/14 | J | | |
| 132. MERRILL LYNCH BROKERAGE ACCT (IRA-▇▇▇▇ | | | | | | | | | |
| 133. Mainstay Marketfield Fund | | None | J | T | | | | | |
| 134. Ivy Asset Strategy Fund | | None | | | Sold | 06/20/14 | J | A | |
| 135. Dreyfus International Bond Fund | A | Dividend | | | Sold | 06/25/14 | J | A | |
| 136. Oppenheimer Senior Floating Rate Fund | A | Dividend | | | Sold | 06/20/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keenan, Barbara M. | 5/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Oppenheimer International Growth Fund | | None | | | Sold | 06/20/14 | J | A | |
| 138. Oppenheimer Developing Markets Fund | | None | | | Sold | 06/25/14 | J | A | |
| 139. JP Morgan Large Cap Growth FD | | None | | | Sold | 01/03/14 | J | A | |
| 140. MFS New Discovery FD | | None | | | Sold | 06/20/14 | J | A | |
| 141. MFS Value FD | A | Dividend | | | Sold | 06/20/14 | J | A | |
| 142. JP Morgan Equity Income FD | A | Dividend | | | Sold | 06/20/14 | J | A | |
| 143. TCW Select Equities | | None | | | Sold | 06/20/14 | J | A | |
| 144. The Oakmark International FD | | None | | | Sold | 06/23/14 | J | A | |
| 145. SPDR Gold Trust | | None | | | Sold | 06/20/14 | J | A | |
| 146. SPDR S&P 500 ETF Trust | A | Dividend | K | T | Buy | 06/20/14 | J | | |
| 147. SSGA Active Multi Asset Real Return | A | Dividend | | | Sold | 02/26/14 | J | A | |
| 148. | | | J | T | Buy (add'l) | 06/20/14 | J | | |
| 149. Vanguard Mega Cap 300 | A | Dividend | | | Sold (part) | 06/20/14 | J | A | |
| 150. | | | | | Sold | 07/21/14 | J | A | |
| 151. Vanguard Mega Cap Growth | A | Dividend | | | Sold | 06/20/14 | J | A | |
| 152. Vanguard FTSE ALL WORLD | A | Dividend | J | T | Buy (add'l) | 06/20/14 | J | | |
| 153. JP Morgan Strategic Income Opp Fund | A | Dividend | | | Sold | 06/20/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Mainstay Unconstrained Bond Fund | A | Dividend | | | Sold | 06/20/14 | J | A | |
| 155. Aberdeen Global High Income FD | A | Dividend | | | Sold | 06/20/14 | J | A | |
| 156. Blackrock Strategic Income Opportunities | A | Dividend | | | Sold | 02/27/14 | J | A | |
| 157. Pioneer Multi Asset Real Return Fund | A | Dividend | | | Sold | 06/20/14 | J | A | |
| 158. JP Morgan Undisc. Mgrs Behavioral Value Fund, Select | | None | | | Sold | 06/20/14 | J | A | |
| 159. Lord Abbett Short Duration Income Fund | A | Dividend | | | Sold | 06/20/14 | J | A | |
| 160. Vanguard Total Bond Mkt Per Advisor | A | Dividend | K | T | Buy | 06/20/14 | K | | |
| 161. | | | | | Sold (part) | 06/30/14 | J | A | |
| 162. ALPS/Red Rocks Listed Private Equity | A | Dividend | J | T | Buy | 02/26/14 | J | | |
| 163. Goldman Sachs Strategic Income FD | A | Dividend | | | Buy | 02/27/14 | J | | |
| 164. | | | | | Sold | 06/20/14 | J | A | |
| 165. Bank of America RASP | A | Interest | J | T | | | | | |
| 166. COMMONWEALTH OF VA - DEFINED CONTRIBUTION PLAN | | | | | | | | | |
| 167. Treasury Bill-Money Mkt Fnd | | None | K | T | | | | | |
| 168. S&P 500 Index | | None | M | T | | | | | |
| 169. Active Inflation Pro Bond Fund | | None | L | T | | | | | |
| 170. International Equity Index Fund | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keenan, Barbara M. | 5/1/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Active Global Equity Fund | | None | K | T | | | | | |
| 172. 401(a) Cash Match-S&P 500 Index Fund | | None | J | T | | | | | |
| 173. COMMONWEALTH OF VIRGINIA -DEFINED CONTRIBUTION PLAN | | | | | | | | | |
| 174. Treasury Bill Money Market Fund | | None | L | T | | | | | |
| 175. S&P 500 Index Fund | | None | N | T | | | | | |
| 176. Active Inflation Pro Bond Fund | | None | L | T | | | | | |
| 177. International Equity Index Fund | | None | K | T | | | | | |
| 178. Active Global Equity Fund | | None | K | T | | | | | |
| 179. 401(a) Cash Match S&P Index | | None | J | T | | | | | |
| 180. TRUST #1: | | | | | | | | | |
| 181. BB&T Corp. Accounts | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keenan, Barbara M. | 5/1/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The appraisal date for the assets in Part VII, page 4, lines 3 and 4 is 2009.

In the prior report (2013), lines 155, 156, and 158 were listed in duplicate, that is why they are not listed in the current report.

In the prior report (2013), line 191 was listed as Sold in part, and it should have been listed as Sold, that is why it is not listed in the current report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Barbara M. Keenan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544